**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                Plaintiff,

    - against -

JUAN KUANG,

                Defendant.

**21 Cr. 93 (VM)**

**ORDER**

---

**VICTOR MARRERO**, United States District Judge.

It is hereby **ORDERED** that there will be a conference on Tuesday, April 2 at 2:45 PM regarding the Government's appeal of Defendant's bail.

**SO ORDERED.**

Dated:    1 April 2024
            New York, New York

*/s/ Victor Marrero*
Victor Marrero
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/2024

1