USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/2024

Law Offices Of
Donna R. Newman
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
Tel. 212-229-1516 Fax 212-593-1844
donnanewmanlaw@aol.com
Admitted: N.Y. & N.J. Bar

April 5, 2024

**BY ELECTRONIC MAIL & ECF**

The Honorable James L. Cott
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v Villafane, Juan Kuang*
    21 cr 93 (VM)

Dear Judge Cott:

I write to seek an extension of 24 hours in which to file a response to the Government's motion seeking to reopen Mr. Kuang's detention hearing held on March 25, 2023. See *United States v. Kuang*, 21 cr 93 (VM) Dkt. 149 (Government letter motion). On April 3rd, the Court ordered the hearing to be held on Monday April 8 at 11:300 (Dkt. # 150) and permitted defense counsel to file a response to the Government's motion by today before 5:00 P.M. Due to illness, I am unable to file a response today but I am confident that I will have a response filed on behalf of Mr. Kuang on or before Saturday April 6 at 5:00. The Government has graciously consented to my request.

Wherefore, I respectfully ask the Court to endorse this letter and permit the short extension requested for the filing of Mr. Kuang's response to the Government's motion.

Respectfully submitted,
/s/
Donna R. Newman
Cc: AUSA Thomas Wright
    AUSA Michael Herman

*[Handwritten endorsement:]* Application granted. In addition to filing the response, please email it to chambers as well at CottNYSDChambers@nysd.uscourts.gov

So Ordered.
*[signature]*
James L. Cott
U.S.M.J.
4/5/24