Law Offices Of<br>
Donna R. Newman<br>
Attorney at Law<br>
20 Vesey Street, Suite 400<br>
New York, New York 10007<br>
Tel. 212-229-1516 Fax 212-593-1844<br>
donnanewmanlaw@aol.com<br>
Admitted: N.Y. & N.J. Bar

March 13, 2025

**BY ELECTRONIC MAIL & ECF**

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED.
3/18/2025
DATE
VICTOR MARRERO, U.S.D.J.

Re: *United States v Villafane, Juan Kuang*
    21 cr 93 (VM)

Dear Judge Marrero:

      I represent Mr. Juan Kuang in the above-referenced matter. A conference is scheduled in this matter for March 21, 2025. I will be out of town on that date and unable to attend. . Ruth Liebsman, Esq., an attorney who represents another defendant in this case, has graciously agreed to cover this appearance in my stead. I have informed Mr. Kuang of my absence and Ms. Liebsman's agreement to represent him for this conference. He has agreed to have Ms. Liebsman appear on his behalf.. Mr. Kuang has been provided with a copy of the superseding Indictment which he has reviewed. He is prepared to enter a plea of not guilty and waive the public reading of the Indictment.

      Wherefore, I respectfully request that my appearance for the Macch 21,st conference be waived.

Respectfully submitted,
/s/
Donna R. Newman
Cc: Juan Kuang
    Ruth Liebsman, Esq.
    All counsel of record