Law Offices Of
Donna R. Newman
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
Tel. 212-229-1516 Fax 212-593-1844
donnanewmanlaw@aol.com
Admitted: N.Y. & N.J. Bar

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2025

June 6, k2025

**BY ELECTRONIC MAIL & ECF**
The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007



Request **GRANTED.**

Defendant Juan Kuang's conditions of pretrial release are amended so as to permit him to travel to New Jersey for the purposes specified.

**SO ORDERED.**

6/9/2025
DATE    VICTOR MARRERO, U.S.D.J.

Re: *United States v Villafane, Juan Kuang*
    21 cr 93 (VM)

Dear Judge Marrero:

    Please allow this letter as a motion to amend Juan Kuang's conditions of pretrial release to expand his permitted travel to include New Jersey. His pretrial services officer, Officer Akil King and the Government consent to this requested amendment to Mr. Kuang's conditions of pretrial release.

    The Court on April 22, 2025 (ECF # 374) granted Mr. Kunag's application to amend his conditions of pretrial release to permit him to travel throughout New York State so that he can visit with his elderly grandparents and his father and stepmother who live upstate New York. The bus that he would take for the trip Upstate New York, travels through a portion of New Jesey on its way Upstate New York. Accordingly, Mr. Kuang seeks permission to travel to New Jersey to avoid violating the terms of his release when he travels by bus to visit with family members Upstate New York.

Respectfully submitted,
/s/
Donna R. Newman
Cc: AUSA Michael Herman
    PTSO Akil King via email
   Juan Kuang via email