```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/27/2026
```

Law Offices Of
Donna R. Newman
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
Tel. 212-229-1516 Fax 212-593-1844
donnanewmanlaw@aol.com
Admitted: N.Y. & N.J. Bar

March 25, 2026

**BY ELECTRONIC MAIL & ECF**

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v  Villafane, Juan Kuang*
    21 cr 93 (VM)

Dear Judge Marrero:

I represent  Mr. Juan Kuang in the above-referenced matter. A court appearance is scheduled in this case for Friday March 27th at 2:00. I have a court appearance in the Eastern District of New York, scheduled for tomorrow at 2:00 and anticipate that appearance to last in excess of an hour. Lisa Scolari, Esq. has graciously agreed to stand in for me at  tomorrow's conference.  I also request that Mr. Kuang be excused from tomorrow's appearance. He works full time and is unable to take off tomorrow.  He fears if he calls in sick, he will lose his job. This is the first conference that Mr. Kuang will have missed. He is fully compliant with all conditions of his pretrial release.

Accordingly, I  respectfully request that the Court permit my client's appearance be waived and that Ms. Scolari be permitted to stand in for me at tomorrow's conference.

Respectfully submitted,
/s/
Donna R. Newman
Cc: Lisa Scolari, Esq.
    All Counsel of Record via ECF

```
Request GRANTED.



SO ORDERED.

 3/27/2026                    _____
    DATE                      VICTOR MARRERO, U.S.D.J.
```