Law Offices Of
Donna R. Newman
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
Tel. 212-229-1516 Fax 212-593-1844
donnanewmanlaw@aol.com
Admitted: N.Y. & N.J. Bar



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/10/2026___

Request **GRANTED**.

**SO ORDERED.**
6/10/2026
DATE          VICTOR MARRERO, U.S.D.J.

June 9, 2026

**BY ELECTRONIC MAIL & ECF**

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v  Villafane, Juan Kuang*
    21 cr 93 (VM)

Dear Judge Marrero:

   I represent  Mr. Juan Kuang in the above-referenced matter. A conference is scheduled for Friday June 12, 2026. I am unable to attend due to a conflict in my schedule. Lisa Scolari, Esq. an attorney who represents another defendant in this case, has graciously agreed to cover this appearance in my stead. I have informed Mr. Kuang of my absence and Ms. Scolari's agreement to represent him for this conference. He has agreed to have Ms. Scolari appear on his behalf. I have informed Ms. Scolari of the status of my discussions with the Government regarding a plea by Mr. Kuang to resolve this case short of trial.

  Wherefore, I respectfully request that my appearance for the June 12, 2026 conference be waived.

Respectfully submitted,
/s/
Donna R. Newman
Cc: Juan Kuang via Email
 Lisa Scolari, Esq. via Email & ECF
 All counsel of record via ECF